```
1   BENJAMIN B. WAGNER
    United States Attorney
2   BRIAN W. ENOS
    Assistant U.S. Attorney
3   YASHAR NILCHIAN
    Special Assistant U.S. Attorney
4   MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
5   Fresno, California 93721
    Telephone (559) 497-4000
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-cr-00382-GSA-1
                                 )
12              Plaintiff,       )  STIPULATION TO CONTINUE STATUS
                                 )  CONFERENCE HEARING; ORDER
13  v.                           )
                                 )  DATE:    December 22, 2011
14  GABRIEL OLMOS,               )  TIME:    10:00 a.m.
                                 )  COURT:   TBA
15              Defendant.       )
                                 )  [Class A Misdemeanor]
16  ─────────────────────────────)
17
```

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Yashar Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Samya Burney, Counsel for Defendant Gabriel Olmos, that the status conference currently set for Thursday, December 15, 2011, at 10:00 a.m., **may be continued to Thursday, December 22, 2011, at 10:00 a.m. before the duty Magistrate.**

This stipulation is proposed by both parties to allow for the government to obtain additional discovery and to allow for additional defense preparation. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 13, 2011    By    /s/ Yashar Nilchian
                                  YASHAR NILCHIAN
                                  Special Assistant U.S. Attorney

DANIEL J. BRODERICK
Federal Defender

(As authorized on 12/13/2011)

DATED: December 13, 2011    By    /s/ Samya Burney
                                  SAMYA BURNEY

**O R D E R**

IT IS SO ORDERED.

Dated: **December 14, 2011**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE