```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant U.S. Attorney
 3  ANDREW L. GRADMAN
    Special Assistant U.S. Attorney
 4  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 5  Fresno, California 93721
    Telephone (559) 497-4000
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                    EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,   )  CASE NO. 1:11-cr-00382-GSA-1
                                )
13              Plaintiff,      )  STIPULATION TO CONTINUE STATUS
                                )  CONFERENCE HEARING; ORDER
14  v.                          )
                                )  DATE:  January 26th, 2012
15  GABRIEL OLMOS               )  TIME:  10:00 am
                                )  COURT: 9 - Dennis L. Beck
16              Defendant.      )
                                )
17  _____)  [Class A Misdemeanor]
```

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew Gradman, Counsel for Plaintiff, and Assistant Federal Defender Samya Burney, Counsel for Defendant Gabriel Olmos, that the status conference currently set for Thursday, January 5, 2012 at 10:00 a.m., **may be continued to Thursday, January 26, 2012, at 10:00 a.m. before Magistrate Dennis L. Beck**.

This stipulation is proposed by both parties to allow for the government to obtain additional discovery, for additional defense preparation, and to further possible plea agreement discussions. The requested continuance will conserve time and resources for both

counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 4, 2012  By  /s/ Andrew L. Gradman
ANDREW L. GRADMAN
Special Assistant U.S. Attorney


SAMYA BURNEY
Federal Defender
(As authorized on 1/04/2012)

DATED: January 4, 2012  By  /s/ Samya Burney
SAMYA BURNEY

IT IS SO ORDERED.

Dated: **January 4, 2012**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE