1 BENJAMIN B. WAGNER
United States Attorney
2 BRIAN W. ENOS
Assistant U.S. Attorney
3 ANDREW L. GRADMAN
Special Assistant U.S. Attorney
4 MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
5 Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00382-GSA |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| GABRIEL OLMOS, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Andrew Gradman, Special Assistant United States Attorney, hereby moves to dismiss the Information filed on November 10, 2011, against Gabriel Olmos, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 13, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                         By :  /s/ Andrew L. Gradman
                               ANDREW L. GRADMAN
                               Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the Information filed on November 10, 2011, against Gabriel Olmos, be Dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: **January 17, 2012**         **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE